UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALFREDO OBINIANA and MIRAFLOR OBINIANA,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., WACHOVIA MORTGAGE, CAL-WESTERN RECONVEYANCE CORP., GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY, WOLD SAVINGS BANK, FSB,<br><br>Defendants. | Case No. 12-cv-03738 NC<br><br>**DISMISSAL ORDER**<br><br>Re: Dkt. No. 22 |

Upon the plaintiffs' request, Dkt. No. 22, this action is dismissed without prejudice in accordance with Federal Rule of Civil Procedure 41(a)(2). Defendants' motion to dismiss, Dkt. No. 6, is denied without prejudice, as it is now moot. The clerk of court will terminate this case.

IT IS SO ORDERED.

Date: September 10, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 12-cv-03738 NC
DISMISSAL ORDER